IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUSTIN D. VANFLEET,

    Plaintiff,

v.                                       CASE NO. 5:13cv22-RH/GRJ

N.B. GILO, M.D.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice for failure to respond accurately to the questions on the civil-rights complaint form." The clerk must close the file.

SO ORDERED on April 24, 2013.

                                              s/Robert L. Hinkle
                                              United States District Judge